# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lacey Thornsburry, et al., | No. CV-16-01604-PHX-ROS |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Pet Club LLC, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation,

**IT IS ORDERED** the Stipulation (Doc. 146) is **GRANTED**.

**IT IS FURTHER ORDERED** Judgment is hereby entered in favor of Plaintiffs and against the following Defendants in the principal sum of $1,100,000.00 plus interest calculated at 5.25% per annum, starting on the date of this Judgment until paid in full, plus any reasonable attorneys' fees incurred in collecting this amount:

Timothy Noland,

Weston Smith,

Timothy Stevenson and Jessica Stevenson,

Pet Club Dobson, LLC, an Arizona LLC,

Pet Club West Tucson, LLC, an Arizona LLC,

Pet Club Laveen, LLC, an Arizona LLC,

Pet Club Cotton Lane, LLC, an Arizona LLC,

Pet Club Northern, LLC, an Arizona LLC,

1. Pet Club Marana, LLC, an Arizona LLC,
2. Pet Club Avondale, LLC, an Arizona LLC,
3. Pet Club Thomas, LLC, an Arizona LLC,
4. Pet Club South Avondale, LLC, an Arizona LLC,
5. Pet Club Shadow Creek, LLC, a Texas LLC,
6. Pet Club Cave Creek, LLC, an Arizona LLC,
7. Pet Club Chandler Heights, LLC, an Arizona LLC,
8. Pet Club #128 Encanto, LLC, an Arizona LLC,
9. Pet Club Pinnacle Peak, LLC, an Arizona LLC,
10. Pet Club Waddell, LLC, an Arizona LLC,
11. Pet Club Mill, LLC, an Arizona LLC,
12. Pet Club Pearland, LLC, a Texas LLC,
13. Pet Club Copperfield, LLC, a Texas LLC,
14. Pet Club Glendale, LLC, an Arizona LLC,
15. Pet Club #119, LLC, an Arizona LLC,
16. Pet Club Power Ranch, LLC, an Arizona LLC,
17. Pet Club Q.C., LLC, an Arizona LLC,
18. Pet Club Cinco Ranch, LLC, a Texas LLC,
19. Pet Club Chandler, LLC, an Arizona LLC, and
20. Pet Club Cypresswood, LLC, a Texas LLC;

**IT IS FURTHER ORDERED** all claims against all other Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** each party shall bear his, her, or its own costs and attorneys' fees incurred in this action up to the date of this Judgment.

Dated this 15th day of November, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge